IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JOSHUA CRIHFIELD, | ) |
| | ) Case No. 4:07CV00010 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| CITY OF DANVILLE POLICE | ) |
| DEPARTMENT, *et al.*, | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |
| RICHARD BREITWIESER, | ) Case No. 4:07CV00011 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF DANVILLE POLICE | ) |
| DEPARTMENT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

Before me is Defendants' Motion to Dismiss the claims in these companion cases under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. For the reasons stated in the accompanying Memorandum, the Motions to Dismiss are hereby **GRANTED** with regard to the City of Danville Police Department, but are **DENIED** with respect to officers C.G. Gagnon, L.P. Rigney, Jr., and Danny L. Cassidy, Jr.

The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

1

Entered this 11th day of October, 2007.

                                                    s/Jackson L. Kiser
                                                    Senior United States District Judge